B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caulfield, Robert Joseph Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Caulfield, Janet Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA NuConcept Construction; AKA Robert J. Caulfield;<br>AKA Bob Caulfield; AKA Bob Caulfield, Jr.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Janet Mc Ilvain; AKA Janet Maldonado** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4431** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7391** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1028 Main Street<br>Antioch, IL**<br>ZIP Code **60002** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1028 Main Street<br>Antioch, IL**<br>ZIP Code **60002** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Caulfield, Robert Joseph Jr.** <br> **Caulfield, Janet Marie** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Caulfield, Robert Joseph Jr.**<br>**Caulfield, Janet Marie** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert Joseph Caulfield_
Signature of Debtor  **Robert Joseph Caulfield, Jr.**

X _Janet Marie Caulfield_
Signature of Joint Debtor  **Janet Marie Caulfield**

_____
Telephone Number (If not represented by attorney)

**July 22, 2008**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Robert W. Glantz 6201207**
Printed Name of Attorney for Debtor(s)

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name

**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**

_____
Address

**312-541-0151  Fax: 312-980-3888**
Telephone Number

**July 22, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert Joseph Caulfield, Jr.**
**Janet Marie Caulfield** _____    Case No. _____
                                                        Debtor(s)              Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____
                          Robert Joseph Caulfield, Jr.

Date:  __July 22, 2008_____

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert Joseph Caulfield, Jr.**
       **Janet Marie Caulfield**                           Case No. _____
                                   Debtor(s)             Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Janet Marie Caulfield*
Janet Marie Caulfield

Date:  July 22, 2008

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Robert W. Glantz 6201207** | X _____    July 22, 2008 |
| Printed Name of Attorney | Signature of Attorney          Date |
| Address: | |
| **321 N. Clark Street** | |
| **Suite 800** | |
| **Chicago, IL 60654** | |
| **312-541-0151** | |

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Robert Joseph Caulfield, Jr.** | X _____    July 22, 2008 |
| **Janet Marie Caulfield** | Signature of Debtor          Date |
| Printed Name of Debtor | |
| | X _____    July 22, 2008 |
| Case No. (if known) _____ | Signature of Joint Debtor (if any)          Date |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert Joseph Caulfield, Jr.
_____   Case No. _____
        Janet Marie Caulfield
                                Debtor(s)   Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 132

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 22, 2008**
_____        _____
                                       Robert Joseph Caulfield, Jr.
                                       Signature of Debtor

Date:   **July 22, 2008**
_____        _____
                                       Janet Marie Caulfield
                                       Signature of Debtor

Allstate Insurance Company
PO Box 3576
Akron, OH 44309-3576


Allstate Insurance Company
PO Box 3576
Akron, OH 44309-3576


Allstate Insurance Company
PO Box 3576
Akron, OH 44309-3576


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
% Zwicker & Associates, PC
80 Mnuteman Road
Andover, MA 01810-1031


American Express
% Zwicker & Associates, PC
80 Minuteman Road
Andover, MA 01810-1031


Antioch Family Chiropractic
960 Victoria St.


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Yellow Pages
%Joseph Mann & Creed
20600 Chagrin Blvd. #550
Shaker Heights, OH 44122-5340

AT&T Yellow Pages/ RH Donnelley
20600 Chagrin Blvd.
Beachwood, OH 44122-5340

Avon Center School
1617 N. Route 83
Round Lake, IL 60073

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Best Buy
Retail Services
PO Box 17298
Baltimore, MD 21297-1298

Brian P. Danielewicz DDS, Ltd
424 Lake St.
Antioch, IL 60002

Capital One Bank (USA) NA
PO Box 5294
Carol Stream, IL 60197-5294

Capital One Bank (USA) NA
PO Box30285
Salt Lake City, UT 84130-0285

Castle Distributing Inc.
334 40th Ave. N.E.
Minneapolis, MN 55421

CBE Group SW, Inc.
Box 14551
Des Moines, IA 50306-3551

CBE Group SW, Inc.
Box 14551
Des Moines, IA 50306-3551

CBE Group SW, Inc.
Box 14551
Des Moines, IA 50306-3551


CBE Group SW, Inc.
Box 14551
Des Moines, IA 50306-3551


Centegra Health Systems
PO Box 5995
Peoria, IL 61601-5995


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Chase
PO Box 15153
Wilmington, DE 19886-5153


Citi Cards
PO Box 688909
Des Moines, IA 50368-8909


Citi Cards
PO Box 45129
Jacksonville, FL 32232

Citi Cards
PO Box 45129
Jacksonville, FL 32232


Citi Cards
PO Box 6276
Sioux Falls, SD 57117


Citi Cards
PO Box 6276
Sioux Falls, SD 57117


CMI Legal Forwarding Div.
PO Box 28851
Philadelphia, PA 19151


Colletti Physical Therapy, Inc.
543 Orchard St.
Antioch, IL 60002


ComEd
Bill Payment Center
Chicago, IL 60668-0001


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Condell Medical Center
755 S. Milwaukee on Condell Dr
Libertyville, IL 60048


Condell Medical Center
755 S. Milwaukee Ave. #127
Libertyville, IL 60048


Condell Medical Center
755 S. Milwaukee Ave. #127
Libertyville, IL 60048


Condell Medical Center
755 S. Milwaukee Ave. #127
Libertyville, IL 60048

Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Country Mutual Insurance Company
PO Box 2100
Bloomington, IL 61702-2100


Country Mutual Insurance Company
PO Box 2100
Bloomington, IL 61702-2100


Country Mutual Insurance Company
PO Box 2100
Bloomington, IL 61702-2100


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002

Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


Crystal Imaging, Inc.
1028 Main Street
Antioch, IL 60002


David P. Potts D.D.S., Ltd.
Lake County Dental Care
908 S. Milwaukee Ave.
Libertyville, IL 60048


Derrill Kregel
7705 W. 159th St.
Lowell, IN 46356


Dish Network
PO Box 0063
Palatine, IL 60055-0063


Donald Kregel
360 Reif Dr.
Hebron, IN 46341


First American Bank
PO Box 301
201 S. State St.
Hampshire, IL 60140


Frederick School
895 Frederick Rd.
Grayslake, IL 60030


Gastroenterology Consutants
890 Garfield Ave. #103
Libertyville, IL 60048


Grayslake Middle School
440 N. Barron Blvd.
Grayslake, IL 60030

Home Depot
Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Home Pages Directories
915 E. Lincoln Hwy.
Dekalb, IL 60115


Home Pages Directories
%McCarthy Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146


HSBC  Bank
%Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064-2995


IHC Kenosha Radiology, LLC
PO Box 3261
Milwaukee, WI 53201-3261


IHC Kenosha Radiology, LLC
PO Box 3261
Milwaukee, WI 53201-3261


IHC Kenosha Radiology, LLC
PO Box 3261
Milwaukee, WI 53201-3261


IHC Libertyville Emergency Physicia
PO Box 3261
Milwaukee, WI 53201-3261


ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Employment S
Bankruptcy Unit
401 S. State St. 3rd Fl.
Chicago, IL 60605

Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


Kaeser & Blair Incorporated
4236 Grisson Dr.
Batavia, OH 45103


Kolh's Department Store
PO Box 2983
Milwaukee, WI 53201-2983


Lake County Collector
18 N. County St. Room 102
Waukegan, IL 60085


Lakeside Pest Control Service, Inc.
PO Box 412
Ingleside, IL 60041


Litton Ambulance Service
PO Box 18
Mount Vernon, IL 62864


Liturgical Publications MILW
5425 Warner Rd. Suite 12
Valley View, OH 44125

Liturgical Publications MILW
%JL Russell & Associates
5425 Warner Rd. #12
Cleveland, OH 44125


Liturgical Publications MILW
PO Box 510817
New Berlin, WI 53151-0817


Lorraine Keilman
7797 W 159th Ave.
Lowell, IN 46356


Louis A. Blacher
95 W. Grand Ave., #200
PO Box 699
Lake Villa, IL 60046


Martin D. Tasch
Lebow Malecki & Tasch
1200 Jorie Blvd. #329
Oak Brook, IL 60523


Mayo Clinic
PO Box 52557
Phoenix, AZ 85072-2557


Mayo Clinic
PO Box 52557
Phoenix, AZ 85072-2557


Mayo Clinic
PO Box 52557
Phoenix, AZ 85072-2557


Mayo Clinic
PO Box 52557
Phoenix, AZ 85072-2557


McHenry County Orthopaedics SC
420 N. Route 31
Crystal Lake, IL 60012

Meadowview School
29 Lexington Lane
Grayslake, IL 60030

Menards
Retail Services
PO Box 17602
Baltimore, MD 21297-1602

Mid America Radiology, S. C.
PO Box 66971 Dept MR
Saint Louis, MO 63166

Nicor
PO Box 416
Aurora, IL 60568-0001

Nicor
PO Box 310
Aurora, IL 60507-0310

Norstates Bank
1777 N. Cedar L ake Road
Round Lake, IL 60073

Norstates Bank
Loan Payment Processing
PO Box 39
Waukegan, IL 60085-0039

Oliver Adjustment Co of Kenosha
3917 47th Ave.
Kenosha, WI 53144-1956

Oliver Adjustment Co of Kenosha
3917 47th Ave.
Kenosha, WI 53144-1956

Park Campus
400 W. Townline Rd.
Round Lake, IL 60073

Pearl Kregel
13921 Grant St.
Crown Point, IN 46307

Prairieview School
103 E. Belvidere Rd.
Grayslake, IL 60030


Robert J. Caulfield, Sr.
1027 N. Kraemer Blvd.
Placentia, CA 92870


Robert J. Caulfield, Sr.
PO Box 1424
Placentia, CA 92871


Salem Security Consultants
PO Box 226
Silver Lake, WI 53170


Sears Home Improvement
PO Box 183081
Columbus, OH 43218-3081


Sears Premier Card
PO Box 183081
Columbus, OH 43218-3081


ServiceMagic, Inc.
14023 Denver West Pkwy #200
Golden, CO 80401


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Sunrise Credit Services, Inc.
260 Airport Plaza
PO Box 9100
Farmingdale, NY 11735-9100


U-Lock-It Self Storage
399 Main Street
Antioch, IL 60002


U. H. S. Physician Clinic
PO Box 130
Kenosha, WI 53143

U. H. S. Physician Clinic
PO Box 130
Kenosha, WI 53143


U. H. S. Physician Clinic
PO Box 130
Kenosha, WI 53143


U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609


United Hospital System
6308 8th Avenue
Kenosha, WI 53143-5082


United Hospital System
6308 8th Avenue
Kenosha, WI 53143-5082


United Hospital System
6308 8th Avenue
Kenosha, WI 53143-5082


United Hospital System
6308 8th Avenue
Kenosha, WI 53143-5082


United Hospital System
3917 47th Avenue
Kenosha, WI 53144-1956


United Hospital System, Inc.
6308 8th Avenue
Kenosha, WI 53143-5082


Village of Antioch
874 Main Street
Antioch, IL 60002


Washington Mutual
PO Box 9001123
Louisville, KY 40290-1123

Washington Mutual
PO Box 9001123
Louisville, KY 40290-1123


Waste Management
1411 Opus Place #400
Downers Grove, IL 60515


WdWeb
10850 E. Traverse Hwy. Suite 1010
Nahma, MI 49864


Woodview School
340 Alleghany Road
Grayslake, IL 60030